# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDEN GRAHAM,<br><br>          Plaintiff,<br><br>     v.<br><br>J. BAUGHMAN, M.D., et. al.,<br><br>          Defendants.         / | CV F 03 6353 AWI LJO P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING USM-285 FORMS AND SUMMONSES<br><br>ORDER DIRECTING CLERK OF COURT TO SEND FORMS |

Linden Graham ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on October 1, 2003.  On April 14, 2004, the Court dismissed the Complaint withe leave to amend finding that the Complaint only stated a cognizable due process claim against Defendant Reece (California Men's Colony) and an Eighth Amendment medical claim against Defendant Doctor Baughman, (California Correctional Institution).  Following a review of the Amended Complaint filed on May 11, 2004, the Court issued an Order dismissing the Complaint with leave to amend on October 13, 2005 finding that the Amended Complaint did not state any claims for relief against any named Defendants.  On November 14, 2005, Plaintiff filed a Second Amended Complaint.  A review of this Complaint reveals that Plaintiff has limited his action to the two individuals against whom he initially stated a cognizable claim for relief.  The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that it appears to state cognizable claim for relief  under 42 U.S.C. § 1983

against Defendant J. Baughman, M.D. (CCI) for violation of the Eighth Amendment, and against Defendant C. Reece (CMC), Correctional Counselor for violation of Due Process.  Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    J. BAUGHMAN

    C. REECE

2. The Clerk of the Court is DIRECTED to send Plaintiff TWO (2) USM-285 forms, TWO (2) summonses, an instruction sheet and a copy of the Second Amended Complaint filed on November 14, 2005.

3. Within **THIRTY (30) DAYS** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. ONE completed USM-285 form for EACH defendant listed above (for a total of TWO); and

    c. THREE (3) copies of the endorsed complaint filed November 14, 2005.

4. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   November 16, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                            UNITED STATES MAGISTRATE JUDGE