IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **LINDEN GRAHAM,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**J. BAUGHMAN, M.D., et al.,**<br><br>                              Defendant. | Case No. 1:03-CV-06353-AWI-LJO-P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>[Document #31] |

Plaintiff is an INS detainee proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On April 13, 2006, defendants Baughman and Reece filed a request for an extension of time to file a response to plaintiff's second amended complaint.  Good cause having been presented to the court, and GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that defendants Baughman and Reece are granted thirty days from the date of service of this order in which to file their response to the second amended complaint.

IT IS SO ORDERED.

**Dated:    April 28, 2006**            /s/ Lawrence J. O'Neill
b6edp0                                   UNITED STATES MAGISTRATE JUDGE