# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDEN GRAHAM, | CV F  03 6353 AWI LJO P |
| Plaintiff, | ORDER DENYING MOTION FOR SUBPOENA (Doc 37.) |
| v. | |
| SULLIVAN, et. al., | |
| Defendants. | |

Linden Graham ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On May 22, 2006, Plaintiff moved the Court for a subpoena so that he might obtain copies from his Central prison file. Plaintiff states that he needs certain copies in order to present his case.[1] However, according to

---

[1] The Court notes that according to the letter attached to Plaintiff's Motion, he was seeking, in particular, a copy of a dentist appointment from his central file. However, the allegations in the Amended Complaint do not concern a dental issue of any kind. In fact, the Summary of the Complaint regarding the medical issue concern's Plaintiff's allegations concerning his hypertension and the medication prescribed. Plaintiff is forewarned that he may not use the filing of this action or discovery as a fishing tool to gain information to support other potential claims for relief. Thus, discovery will be limited to issues relevant to the issues on which this case is proceeding.

1  the Court docket, Defendants were only recently served with a copy of the Complaint and no
2  Answer has yet been filed and is not due until June 1, 2006.  Until such time as an Answer is
3  filed, the Court will not issue a Discovery/Scheduling Order opening discovery and setting forth
4  the deadlines for the filing of dispositive motions.  Thus, Plaintiff's request for subpoenas is
5  premature.  Further, it is possible that Plaintiff may be able to obtain the documents directly
6  without the assistance of the Court and without having to resort to the mechanism of discovery.
7  In any event, because discovery has not yet been opened, Plaintiff has not been given the
8  opportunity to attempt to gain these documents without court assistance.  Accordingly, the
9  request for a subpoena is DENIED.
10 IT IS SO ORDERED.
11 **Dated:   May 25, 2006**            /s/ Lawrence J. O'Neill
   b9ed48                              UNITED STATES MAGISTRATE JUDGE