# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDEN GRAHAM, | CV F  03-6353 AWI LJO P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |
| SULLIVAN, et. al., | |
| Defendants. | |

 Linden Graham ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This action was filed on October 1, 2003.  On July 6, 2006, the Court issued a Scheduling Order setting forth  numerous deadlines.  The Order served on Plaintiff was returned to the Court on July 19, 2006, indicating that Plaintiff was "out of custody."

Pursuant to Local Rule 83-183(b), a party appearing in propria persona is required to keep the court apprised of his or her current address at all times.  Local Rule 83-183(b) provides, in

1

1  pertinent part:

2   > If mail directed to a plaintiff in propria persona by the Clerk is
3   > returned by the U.S. Postal Service, and if such plaintiff fails to
    > notify the Court and opposing parties within sixty (60) days
    > thereafter of a current address, the Court may dismiss the action
4   > without prejudice for failure to prosecute.

5  In the instant case, almost three months have passed since Plaintiff's mail was returned and he

6  has not notified the court of a current address.  Accordingly, the Court HEREBY ORDERS:

7       1.   Plaintiff to SHOW CAUSE within FIFTEEN  (15) days of the date of service of

8            this Order, why the action should not be dismissed for failing to prosecute by

9            keeping the Court apprised of his current address.

10        Petitioner is forewarned that his failure to comply with this order will result in a

11 Recommendation that the action be dismissed.

12 IT IS SO ORDERED.

13 **Dated:    October 23, 2006**              /s/ Lawrence J. O'Neill
   b9ed48                                      UNITED STATES MAGISTRATE JUDGE