UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDEN GRAHAM, | 1:03-cv-06353-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 46) |
| vs. | **ORDER DISMISSING ACTION** |
| SULLIVAN, et al., | |
| Defendants. | **ORDER DISREGARDING PENDING MOTION TO DISMISS** (Doc. 43) |

Linden Graham ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 5, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. To date, Plaintiff has not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on Plaintiff on July 19, 2006, November 3, 2006, and December 18, 2006, as undeliverable. A notation on the envelope indicated: Return to Sender - Out of Custody. However, Plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed December 5, 2006, are ADOPTED in full; and,

2. This action is DISMISSED pursuant to Local Rule 11-110, and for Plaintiff's failure to obey the Court's order of October 24, 2006, and for his failure to keep the Court apprised of his mailing address; and,

3. The pending Motion to Dismiss, filed August 30, 2006, is DENIED AS MOOT in light of dismissal.

4. The Clerk of Court is DIRECTED to enter judgment in accordance with this Order.

This concludes the action in its entirety.

IT IS SO ORDERED.

**Dated:   January 11, 2007**           **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE