IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LINDEN GRAHAM, | ) | 1:03-cv-06353-AWI-GSA-PC |
| Plaintiff, | ) ) ) | ORDER RE PLAINTIFF'S MOTIONS |
| vs. | ) ) | FOR COPIES AND COURT RULES |
| J. BAUGHMAN, M.D. and C. REESE (Counselor), | ) ) ) | (Docs. 68, 77.) |
| Defendants. | ) ) ) | |

Plaintiff is a former prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 1, 2003. (Doc. 1.) On December 29, 2008, plaintiff made a request for copies of three documents, e.g., (1) Plaintiff's Complaint filed October 1, 2003, (2) Defendants' Answer filed March 31, 2006, and (3) the Court's civil rules. (Doc. 68.) On February 17, 2009, plaintiff renewed his motion for a copy of Plaintiff's Complaint filed October 1, 2003. (Doc. 77.) Plaintiff's motions are now before the Court.

In light of the fact that on March 20, 2009, the Court directed the Clerk to send Plaintiff copies of Plaintiff's Complaint filed October 1, 2003 and Defendants' Answer filed March 31, 2006, Plaintiff's motions for copies of these two documents are moot.

With regard to Plaintiff's request for the Court's civil rules, Plaintiff is advised that the Clerk will send Plaintiff a free copy of the Court's Local Rules upon receipt of a written request from Plaintiff,

1

accompanied by a large manila envelope self-addressed back to Plaintiff and affixed with sufficient postage to mail a package weighing one pound and twelve ounces. In the event that plaintiff intends to request a copy of the Federal Rules of Civil Procedure, the Court does not provide copies of the Federal Rules of Civil Procedure to parties.

By this order, Plaintiff's motions for copies and the Court's rules, filed on December 29, 2008 and February 17, 2009 are RESOLVED.

IT IS SO ORDERED.

**Dated:** **April 3, 2009**  **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE