IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDEN GRAHAM,<br><br>      Plaintiff,<br><br>      vs.<br><br>J. BAUGHMAN, M.D. and<br>C. REESE (Counselor),<br><br>      Defendants. | 1:03-cv-06353-AWI-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR A COURT ORDER DIRECTING THE CLERK TO PROPERLY SEAL HIS MAIL<br><br>(Doc. 70.) |

      Plaintiff is a former prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on October 1, 2003. (Doc. 1.)

      On December 29, 2008, plaintiff made a request for the mail sent to him by the Court Clerk to be properly sealed. Plaintiff states that he has received mail from this Court which was opened.

      The Court declines to direct the Clerk's Office to seal envelopes in a particular manner. The Clerk's Office currently follows procedures which require diligence by mail room employees in the handling of court documents to be mailed to litigants, and plaintiff has provided no evidence that the procedures were not followed.

      Based on the foregoing, IT IS HEREBY ORDERED that plaintiff's request for a court order directing the Clerk to properly seal any mail sent to plaintiff is DENIED.

      IT IS SO ORDERED.

      Dated:   **May 18, 2009**                       /s/ **Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE