# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDEN GRAHAM, | 1:03-cv-06353-AWI-GSA-PC |
| Plaintiff, | ORDER GRANTING REQUEST TO WITHDRAW MOTION TO DISMISS (Doc. 87.) |
| v. | |
| J. BAUGHMAN, J.D. and C. REESE (Counselor), | ORDER FOR CLERK TO WITHDRAW MOTION FROM THE COURT DOCKET (Doc. 85.) |
| Defendants. / | |

Plaintiff Linden Graham ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint initiating this action on October 1, 2003.

On July 15, 2009, defendant Reese filed a request to withdraw the motion to dismiss he filed on May 20, 2009. (Docs. 85, 87.) Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Defendant Reese's Request to withdraw his motion to dismiss is GRANTED; and
2. The Clerk is DIRECTED to withdraw the motion to dismiss filed May 20, 2009 from the Court's docket.

IT IS SO ORDERED.

Dated:   July 23, 2009         /s/ Gary S. Austin

UNITED STATES MAGISTRATE JUDGE